■ GREGORY D. CAUGHMAN, Appellant, v LEONARD IRVING, Respondent. [605 NYS2d 871] —Appeal by the plaintiff from stated portions of a judgment of the Supreme Court, Kings County (Alfano, J.H.O), dated January 24, 1991.

Ordered that the judgment is affirmed insofar as appealed from, with costs, for reasons stated by Judicial Hearing Officer Alfano at the Supreme Court. Mangano, P. J., Balletta, Copertino and Joy, JJ., concur.